# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Alexander Galasso, ) <br>     Petitioner, ) <br> vs. ) <br> Craig Apker, ) <br>     Respondent. ) | CV-12-255-TUC-DCB <br><br> ORDER |

Magistrate Judge Rateau issued her Report and Recommendation on February 8, 2013, recommending that the District Court deny the Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties on February 8, 2013, notifying all parties that written objections must be filed within 14 days of service. Fed.R.Civ.P. 72(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Rateau's Report and Recommendation (Doc. No. 14) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DENIED and this action is dismissed with prejudice in favor of Respondent. This action is closed.

DATED this 28th day of February, 2013.

David C. Bury
United States District Judge